Rex B. Stratton, WSBA No. 1913
STRATTON LAW & MEDIATION P.S.
P.O. Box 636
Vashon, WA 98070
Phone: (206) 682-1496

Chris E. Svendsen, WSBA No. 33659
SVENDSEN LEGAL, LLC
P.O. Box 10627
Yakima, WA 98908-3263
Phone: (509) 949-6707

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROVISION A/R, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMMERCIAL RECOVERY CORPORATION, a Minnesota corporation,<br><br>Defendant. | Civil Cause No. CV-11-330-EFS<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF** |

Plaintiff, Provision A/R, Inc. (Provision A/R), by and through its undersigned counsel, brings this action against Defendant, Commercial Recovery Corporation (CRC), for a declaratory judgment declaring that U.S. Patent No. 7,167,839 (the

COMPLAINT FOR DECLARATORY RELIEF
Page 1 of 5

STRATTON LAW & MEDIATION P.S.
18826 ROBINWOOD ROAD SW
PO BOX 636, VASHON, WA 98070
TEL: (206) 682-1496 • FAX: (206) 260-3816

'839 Patent) is invalid and/or is not infringed by Provision A/R or any subscriber of Provision A/R.

## PARTIES

1. Provision A/R, Inc. is a corporation organized under the laws of the State of Washington, with its principal place of business in East Wenatchee, Washington.

2. Commercial Recovery Corporation is a corporation organized under the laws of the State of Minnesota, with its principal place of business in Blaine, Minnesota.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 U.S.C. § 1, *et seq*.

4. Plaintiff is a corporation organized under the laws of the State of Washington with a principal place of business in East Wenatchee, Washington. Provision A/R provides Internet services to subscribers within the jurisdiction of this Court.

5. Plaintiff is informed and believes, and on that basis alleges that this Court has personal jurisdiction over Defendant; that Defendant has, among other things, distributed, sold or offered for sale, online services via the Internet including services that are the subject of this litigation within the State of Washington; that

COMPLAINT FOR DECLARATORY RELIEF
Page 2 of 5

STRATTON LAW & MEDIATION P.S.
18826 ROBINWOOD ROAD SW
PO BOX 636, VASHON, WA 98070
TEL: (206) 682-1496 • FAX: (206) 260-3816

1  Defendant has offered services and/or has threatened litigation against subscribers, or potential subscribers of Plaintiff's online services, in the ordinary course of trade; and/or otherwise has made or established contacts within the State of Washington sufficient to permit the exercise of personal jurisdiction.

6. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

7. Venue is proper in this District under 28 U.S.C. § 1931 (b) and (c).

8. An actual controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202 exists between Provision A/R, on the one hand and CRC on the other, with respect to whether the claims of the '839 Patent are invalid and/or not infringed.

## FACTUAL BACKGROUND

9. Defendant has alleged that subscribers to Plaintiff's online, computer based, data management program infringe United States Patent No. 7,167,839, please see Exhibit A attached hereto. A copy of the '839 Patent is attached hereto as Exhibit B, which is purportedly owned by Defendant.

10. An actual case or controversy has arisen between the parties as Provision A/R, under its warranties of merchantability and fitness for purpose, and Section 271(b) of the Patent Act, 35 U.S.C. § 271(b) for inducement of infringement, is at risk of suit by Defendant and/or responsible for the indemnity and defense to its subscribers of its online services, which includes subscribers in

COMPLAINT FOR DECLARATORY RELIEF
Page 3 of 5

STRATTON LAW & MEDIATION P.S.
18826 ROBINWOOD ROAD SW
PO BOX 636, VASHON, WA 98070
TEL: (206) 682-1496 • FAX: (206) 260-3816

the Eastern District of Washington. The claims of Defendant, therefore, threaten injury to Plaintiff.

## DECLARATORY JUDGMENT OF INVALIDITY OF THE '839 PATENT

11. Plaintiff incorporates by reference its allegations as set forth above in paragraphs 1 through 10.

12. Upon information and belief, Plaintiff alleges that the '839 Patent is invalid for failing to comply with the provisions of the Patent Laws, including 35 U.S.C. §§ 102, 103, and 112.

13. Upon information and belief, Plaintiff alleges that any online computer based service offered by it to subscribers does not infringe any claim of the '839 Patent, and that no subscriber is induced to infringe any claim of the '839 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

a. For a judgment declaring that neither Plaintiff, nor any subscriber of Plaintiff's online services, has infringed and is not infringing any valid claim of the '839 Patent;

b. For a judgment declaring that the '839 Patent is invalid; and

c. For such other and further relief as the Court deems just and equitable in the premises.

COMPLAINT FOR DECLARATORY RELIEF
Page 4 of 5

STRATTON LAW & MEDIATION P.S.
18826 ROBINWOOD ROAD SW
PO BOX 636, VASHON, WA 98070
TEL: (206) 682-1496 • FAX: (206) 260-3816

DATED this 6th day of September, 2011.

| | |
|---|---|
| By: */s/ Rex B. Stratton* | By: */s/ Chris E. Svendsen* |
| Rex B. Stratton, WSBA No. 1913 | Chris E. Svendsen, WSBA No. 33659 |
| STRATTON LAW & MEDIATION P.S. | SVENDSEN LEGAL, LLC |
| 18826 Robinwood Road SW, Ste 201 | 4706 W. Chestnut Avenue |
| P.O. Box 636 | P.O. Box 10627 |
| Vashon, WA  98070 | Yakima, WA  98908-3263 |
| Telephone:   206-682-1496 | Telephone:   509-949-6707 |
| Facsimile:   206-260-3816 | Facsimile    509-453-4704 |
| Email:   stratton@rbs-law.com | Email: csven@svenlegal.com |

ATTORNEYS FOR PLAINTIFF

COMPLAINT FOR DECLARATORY RELIEF
Page 5 of 5

STRATTON LAW & MEDIATION P.S.
18826 ROBINWOOD ROAD SW
PO BOX 636, VASHON, WA  98070
TEL:  (206) 682-1496 • FAX:  (206) 260-3816