FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 26 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED INNOVATION, INC., a Washington corporation and ARMADA CORP., a Washington corporation,<br><br>Plaintiffs/Counterdefendants,<br><br>vs.<br><br>COMMERCIAL RECOVERY CORPORATION, a Minnesota corporation,<br><br>Defendant/Counterclaimant. | Civil Cause No. 2:11-cv-00330-JPH<br><br>**ORDER OF DISMISSAL** |

The parties Stipulated Motion for Dismissal is before the Court; and it appearing that no issue remains for the court's determination:

**IT IS ORDERED** that this action and all claims and counterclaims asserted herein are DISMISSED with prejudice and without costs to any party.

DATED this 26 day of FEBRUARY, 2014.

_____
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL
Case No. 2:11-cv-00330-JPH
Page 1